ACCEPTED
01-13-00805-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 9:03:51 AM
CHRISTOPHER PRINE
CLERK

IN THE

FIRST COURT OF APPEALS

OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 9:03:51 AM
CHRISTOPHER A. PRINE

RODNEY CARNELL MAYS     §

                        §

VS.                     §     CASE NO. 01-13-00805-CR

                        §

THE STATE OF TEXAS      §

## MOTION TO HALT THE BRIEFING SCHEDULE UNTIL THE RECORD IS COMPLETE OR MOTION TO EXTEND TIME WITHIN WHICH TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, RODNEY CARNELL MAYS, appellant in the above-styled and numbered cause, by and through his attorney of record, Daucie Schindler, and respectfully moves the Court to halt the briefing schedule until the record is complete or in the alternative for an extension of time within which to file the appellate brief, and for cause would show the Court as follows:

I.

Mr. Mays was charged with the misdemeanor offense of assault on a family member. Mr. Mays entered a plea of not guilty and proceeded to a bench trial. On September 4, 2013, the judge found Mr. Mays guilty as charged. After the punishment portion of the trial, on September 5, 2013, the judge sentenced Mr. Mays to fifty-six (56) days imprisonment in the Harris County Jail.

## II.

Mr. Mays filed timely notice of appeal on September 6, 2013. Mr. Mays was represented on appeal by Clement Fink until this court granted Mr. Fink's Motion to Withdraw and undersigned counsel was appointed to represent Mr. Mays on October 8, 2014. Although the reporter's record was due to be filed on December 18, 2014, a portion was ultimately filed on January 13, 2015.

## III.

The appellate brief is due to be filed with the Court on or before February 13, 2015. No previous extensions have been requested. However, the reporter's record is incomplete. The testimony from the first day of the trial on guilt-innocence has been filed. The testimony of that day concludes with the trial court continuing the proceedings until the next day. The testimony from the second day of trial on guilt-innocence and any testimony from the trial on punishment have not been filed.

## IV.

Counsel requests that the briefing schedule in this appeal be halted until the record is complete, or in the alternative, grant this request for an extension of time to file the appellants' brief. .

## V.

This request is made not to delay the proceedings, but to ensure that Mr. Mays is adequately represented.

WHEREFORE, PREMISES CONSIDERED, Mr. Mays respectfully prays that this motion be granted and that the Court halts the briefing schedule until the record is complete or, in the alternative, a sixty day extension of time to file the appellate brief on or before April 14, 2015.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas


/s/ *Daucie Schindler*
**DAUCIE SCHINDLER**
Assistant Public Defender
Harris County Texas
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
Daucie.Schindler@pdo.hctx.net

Attorney for Appellant,
**RODNEY CORNELL MAYS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Motion to Halt Briefing Schedule or Extend Time within Which to File Appellate Brief was e-mailed to the Appellate Division of the Harris County District Attorney's Office on this 13TH day of February, 2015.


/s/ *Daucie Schindler*
**DAUCIE SCHINDLER**